IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, et al.<br><br>Defendants. | Case No.: 1:20-cv-00529-TNM |

**[PROPOSED] ORDER GRANTING STIPULATED SETTLEMENT AGREEMENT**

Upon consideration of the Parties' Stipulated Settlement Agreement and for good cause, it is hereby:

**ORDERED** that the Agreement executed by the parties is hereby incorporated into this Order;

**IT IS FURTHER ORDERED** that this Court shall have continuing jurisdiction to enforce this Order and the terms of the Agreement herein consistent with the terms of the Agreement;

**IT IS FURTHER ORDERED** that this case is hereby **DISMISSED**.

Dated: _____, 2020      By: _____
                                      TREVOR N. MCFADDEN
                                      UNITED STATES DISTRICT JUDGE