IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, in his official capacity as )<br>Secretary of the U.S. Department of the Interior )<br>et al.[1] )<br>)<br>*Defendants*. )<br>) | Case No. 1:20-cv-00529-TNM<br><br>**[PROPOSED] ORDER AS TO ATTORNEYS' FEES AND COSTS** |

The terms and conditions of the Parties' Stipulation and Proposed Order as to Attorneys' Fees and Costs are hereby adopted as an Order of this Court.

APPROVED AND SO ORDERED.

Dated: _____                                    _____

Honorable Trevor N. McFadden

United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martha Williams, Senior Advisor to the Secretary Exercising the Delegated Authority of the Director, Fish and Wildlife Service, is substituted for Aurelia Skipwith, and Scott de la Vega, Acting Secretary of the United States Department of the Interior, is substituted for David Bernhardt.